IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
DEC - 8 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:21cr144-LG-RPM

STEVIE ALLEN STOUDENMIER, JR.
a/k/a Stevie A. Stoudenmier, Jr.
a/k/a Stevie Allen Stoudenmier
a/k/a Stevie Allen Stoudenmier, II
a/k/a Stevie Allen Stoudemmier, Jr. and
KIMBERLY ANN HINTON
a/k/a Kimberly A. Hinton
a/k/a Kimberly Hinton
a/k/a Kimberly Ann Baker
a/k/a Kimberly Baker

18 U.S.C. § 1001(a)(2)
18 U.S.C. § 1028(a)(4)
18 U.S.C. § 4
42 U.S.C. § 408(a)(7)(B)

**The Grand Jury charges:**

COUNT 1

On or about February 4, 2021, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVIE ALLEN STOUDENMIER, JR., a/k/a Stevie A. Stoudenmier, Jr., a/k/a Stevie Allen Stoudenmier, a/k/a Stevie Allen Stoudenmier, II, a/k/a Stevie Allen Stoudemmier, Jr.**, in a matter within the jurisdiction of the executive branch of the United States Government, that is a federal law enforcement officer or ranger's criminal investigation including the writing of, and serving the defendant with, one or more misdemeanor tickets within the jurisdiction of the Gulf Islands National Seashore, did knowingly and willfully make a materially false statement or representation to a law enforcement ranger of the United States National Park Service, for the purpose of concealing the defendant's true identity, in that the defendant told the ranger that his name was J.E.C. and provided identification information of

J.E.C., when in fact, as he knew then, that J.E.C. was not his actual name, all in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 2

On or about February 4, 2021, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVIE ALLEN STOUDENMIER, JR., a/k/a Stevie A. Stoudenmier, Jr., a/k/a Stevie Allen Stoudenmier, a/k/a Stevie Allen Stoudenmier, II, a/k/a Stevie Allen Stoudemmier, Jr.,** aided and abetted by the defendant, **KIMBERLY ANN HINTON, a/k/a Kimberly A. Hinton, a/k/a Kimberly Hinton, a/k/a Kimberly Ann Baker, a/k/a Kimberly Baker,** did knowingly possess and use an identification document other than one issued lawfully for the use of the defendant, to wit: what was represented to be a Mississippi State Identification Card bearing the name of J.E.C., that is, or appeared to be, issued by or under the government of the State of Mississippi, with the intent that such document be used to defraud the United States, to wit: as a document supporting a false statement or representation to a National Park Service Law Enforcement Ranger, in violation of Title 18, United States Code, Section 1001(a)(2), all in violation of Title 18, United States Code, Sections 1028(a)(4) and (b)(2)(A) and Title 18, United States Code, Section 2.

## COUNT 3

On or about February 4, 2021, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **KIMBERLY ANN HINTON, a/k/a Kimberly A. Hinton, a/k/a Kimberly Hinton, a/k/a Kimberly Ann Baker, a/k/a Kimberly Baker,** knowingly failed to report to legal authorities, and affirmatively acted to conceal from law enforcement, a felony cognizable by a court of the United States, in that the defendant, who was a passenger in a vehicle driven by Stevie Allen Stoudenmier, Jr., in which they had been

traveling together within the jurisdiction of the Gulf Islands National Seashore, failed to report her knowledge of the felony to officials, including a law enforcement ranger of the United States National Park Service, and upon being questioned by a law enforcement ranger, the defendant affirmatively provided what was purported to be a Mississippi State Identification Card bearing the name of J.E.C., as identification belonging to the person known to her as Stevie Allen Stoudenmier, Jr., in an effort to conceal and facilitate Stoudenmier's misrepresentation of his identity to the law enforcement ranger in violation of law, and in furtherance of such violation, as prohibited by Title 18, United States Code, Section 1001(a)(2), all in violation of Title 18, United States Code, Section 4.

## COUNT 4

On or about February 4, 2021, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVIE ALLEN STOUDENMIER, JR., a/k/a Stevie A. Stoudenmier, Jr., a/k/a Stevie Allen Stoudenmier, a/k/a Stevie Allen Stoudenmier, II, a/k/a Stevie Allen Stoudemmier, Jr.**, for the purpose of obtaining for himself, anything of value from any person, or for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him, all in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 5

On or about March 25, 2021, in Harrison County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVIE ALLEN STOUDENMIER, JR., a/k/a Stevie A. Stoudenmier, Jr., a/k/a Stevie Allen Stoudenmier, a/k/a Stevie Allen Stoudenmier, II, a/k/a Stevie Allen Stoudemmier, Jr.**, for the purpose of obtaining for himself, anything of value from

3

any person, or for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him, all in violation of Title 42, United States Code, Section 408(a)(7)(B).

*[signature]*
DARREN J. LAMARCA
United States Attorney

A TRUE BILL:

S/SIGNATURE REDACTED

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 8th day of December 2021.

*[signature]*
UNITED STATES MAGISTRATE JUDGE